IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA | : | CIVIL ACTION |
| v. | : | |
| JEFFREY L. PERLMAN, et al. | : | NO.: 17-cv-0599 |

## O R D E R

AND NOW, this 4th day of OCTOBER, 2017, in accordance with the court's procedure for random reassignment of cases, it is hereby,

ORDERED that the above-captioned case is reassigned from the calendar of the Honorable Legrome D. Davis, to the calendar of the Honorable Cynthia M. Rufe.

FOR THE COURT:

LAWRENCE F. STENGEL
Chief Judge

ATTEST:

_Kate Barkman_
KATE BARKMAN
Clerk of Court