# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,** Plaintiff, <br> v. <br> **JEFFREY L. PERLMAN,** *et al.,* Defendants. | : <br> : <br> : <br> : **CIVIL ACTION NO. 17-0599** <br> : <br> : <br> : |

## ORDER

**AND NOW**, this 10th day of January 2019, upon consideration of Travelers' Motion for Judgment Pursuant to Rule 55(b)(2) [Doc. No. 60] to which no response has been filed, it is hereby **ORDERED** that the motion is **GRANTED.** Judgment is **ENTERED** against Defendants Jeffrey L. Perlman, Esq., Omar Sharif, Braheem Pittman, David Gill, Carol Gill, Jerry Mendez and Yemarie Feliciano **ONLY** and in favor of Travelers Casualty and Surety Company as follows:

1. The Travelers 1st Choice Lawyers Professional Liability Policy issued by Travelers Casualty and Surety Company of America to Jeffrey L. Perlman, Attorney at Law, under policy number 105326085, with a policy period from August 14, 2014 to August 14, 2015 (the "2014 Travelers Policy") is rescinded, and therefore is null and void;

2. Travelers Casualty and Surety Company of America has no obligation under the 2014 Travelers Policy to defend or indemnify in connection with claims and lawsuits asserted against Jeffrey L. Perlman, whether presently existing, or asserted in the future, including, without limitation, claims and lawsuits asserted against Jeffrey L. Perlman by Judith Spiller, Omar Sharif, Johnnie C. Mebane, Jr., Braheem Pittman, David Gill, Carol Gill, Carolyn Pugh, Jerry Mendez, and Yemarie Felciano;

3. The Travelers 1st Choice Lawyers Professional Liability Policy issued by Travelers Casualty and Surety Company of America to Jeffrey L. Perlman, Attorney at Law, under policy number 105326085, with an original policy period from August 14, 2015 to August 14, 2016 (the "2015 Travelers Policy") is rescinded, and therefore is null and void; and

4. Travelers Casualty and Surety Company of America has no obligation under the 2015 Travelers Policy to defend or indemnify in connection with claims and lawsuits asserted against Jeffrey L. Perlman, whether presently existing, or asserted in the future, including, without limitation, claims and lawsuits asserted against Jeffrey L. Perlman by Judith Spiller, Omar Sharif, Johnnie C. Mebane, Jr., Braheem Pittman, David Gill, Carol Gill, Carolyn Pugh, Jerry Mendez, and Yemarie Felciano.

It is so **ORDERED.**

        **BY THE COURT:**

        /s/ **Cynthia M. Rufe**
        ―――――――――――
        **CYNTHIA M. RUFE, J.**